IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>KEITH & KIMBERLY MARSH,<br><br>    Debtors.<br><br>DAVID ROMO,<br><br>    Plaintiff,<br>v.<br><br>KEITH & KIMBERLY MARSH,<br><br>    Defendant. | Chapter 7<br><br>Case No. 05-15360-PHX-SSC<br><br>Adversary No. 05-985<br><br>ORDER INCORPORATING<br>MEMORANDUM DECISION<br>DATED SEPTEMBER 18, 2006 |

      Based upon this Court's Memorandum Decision dated September 18, 2006, which is incorporated herein by reference:

      The Court finds that the Plaintiff has failed to establish all the elements of 11 U.S.C.§ 523 (a)(2)(A). Therefore, the entire debt owed to the Plaintiff is discharged.

      DATED this 18th day of September, 2006.

      */s/ Sarah Sharer Curley*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge